IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL F. JACKSON**                                                     **PETITIONER**
**ADC #114667**

**v.**         **CASE NO.: 5:08CV00109-SWW-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                 **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Respondent's motion to dismiss (#7) is GRANTED and Petitioner's petition for writ of habeas corpus (#2) is DISMISSED without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED, this 10th day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE